PHILLP A. TALBERT
United States Attorney
LAURA D. WITHERS
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00073-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT AND ORDER |
| BRIAN KENNETH STOFFEL, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves to unseal the indictment in the above-captioned case. On March 11, 2022, the grand jury returned an indictment in this case, which was sealed to prevent the defendants becoming aware of the charges until an arrest could be made. As the defendant was arrested this morning, there is no longer a need for the indictment to remain sealed.

Dated: March 11, 2022                              PHILLIP A. TALBERT
                                                                       United States Attorney

                                                           By:   /s/ LAURA D. WITHERS
                                                                       LAURA D. WITHERS
                                                                       Assistant United States Attorney

1

**ORDER**

IT IS HEREBY ORDERED that, for the reasons set forth above, and good cause having been shown, the indictment in this matter be UNSEALED.

Dated: March  11 , 2022

                                                             HON. SHEILA K. OBERTO
                                                          UNITED STATES MAGISTRATE JUDGE