PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00073-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; AND ORDER |
| v. | |
| BRIAN KENNETH STOFFEL, | DATE: January 18, 2023<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

The Parties have reached a Plea Agreement to resolve this case. Accordingly, IT IS HEREBY STIPULATED between the parties that the case can be set for a Change of Plea hearing before the Honorable Jennifer L. Thurston on November 18, 2022, at 9:00 a.m. The Parties have confirmed this date with the Court. The Status Conference that is scheduled for January 18, 2023, can be vacated.

///

///

///

Time under the Speedy Trial Act has already been excluded through January 18, 2023. Therefore, no further exclusion is necessary.

Dated:  November 10, 2022

*/s/ Jaya Gupta*
JAYA GUPTA
Counsel for Brian Stoffel

Dated:  November 10, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. BRIAN KENNETH STOFFEL, Defendant. | Case No. 1:22-cr-00073-JLT-SKO<br><br>STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; AND ORDER<br><br>DATE:   January 18, 2023<br>TIME:    1:00 p.m.<br>JUDGE:  Hon. Sheila K. Oberto |
|---|---|

Upon the Parties' stipulation and for good cause shown, this case is set for a Change of Plea hearing on **November 18, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston**.  The Status Conference that is scheduled for January 18, 2023, is vacated.  Time under the Speedy Trial Act has already been excluded through January 18, 2023.

IT IS SO ORDERED.

Dated:   **November 14, 2022**         /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE

3